| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Enermex International Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS | |
| Case number (if known) | 20-30110 | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FJ Salinas Holdings, LLC<br>2425 Highway 90<br>Crosby, TX 77532 | | | | | | $450,000.00 |
| 2 | Alternativa Mexicana de Negocios<br>Avenida del Comercio 575 - Edificio C<br>Colonia Santa Engracia<br>San Pedro Garza Garcia, | | | | | | $442,000.00 |
| 3 | Texas Rou, LLC<br>9831 S Galwan Cir<br>Houston, TX 77070-9201 | | | | | | $127,000.00 |
| 4 | Triple S Steel Supply<br>6000 Jensen Drive<br>Houston, TX 77026 | | | | | | $110,850.29 |
| 5 | BlueVine Capital<br>401 Warren St, Suite 300<br>Redwood City, CA 94063 | | | | | | $74,274.47 |

Debtor **Enermex International Inc.**  
Name

Case number (if known) **20-30110**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Fundbox<br>300 Montgomery St,<br>San Francisco, CA 94104 | | | | | | $60,828.94 |
| 7 | Metals USA<br># 1 Foundry Road<br>Waggaman, LA 70094 | | | | | | $40,782.00 |
| 8 | Jorge Salas<br>18827 Crosby Eastgate Drive<br>Crosby, TX 77532 | | Loan | | | | $37,500.00 |
| 9 | Matheson<br>2200 Houston Ave<br>Houston, TX 77007 | | Vendor | | | | $30,528.83 |
| 10 | Lynco Flange and Fitting<br>5114 Steadmont Dr.<br>Houston, TX 77040 | | | | | | $27,150.30 |
| 11 | Working Ox<br>907 US Highway 301 South<br>Tampa, FL 33619 | | | | | | $26,960.30 |
| 12 | Service Steel Warehouse, LP<br>P.O. Box 843965<br>Dallas, TX 75284-3965 | | | | | | $22,805.57 |
| 13 | Industrial Piping Specialists<br>7755 Harms Road<br>Houston, TX 77041 | | | | | | $14,962.06 |

Debtor **Enermex International Inc.**
Name

Case number (if known) **20-30110**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Inspection Associates<br>P.O. Box # 270<br>Magnolia, TX 77353 | | | | | | $14,321.00 |
| 15  Phoenix Mechanical<br>P.O. Box 645<br>Dover, TN 37058 | | | | | | $13,221.00 |
| 16  Reliable Plant Services<br>P.O. Box 370<br>Bacliff, TX 77518 | | | | | | $11,998.00 |
| 17  KEC, Inc.<br>P.O. BOX 3255<br>Spring, TX 77383 | | | | | | $11,837.52 |
| 18  Hrbacek Law Firm<br>130 Industrial Blvrd, Suite 110<br>Sugar Land, TX 77478 | | | | | | $9,227.51 |
| 19  Constellation<br>PO Box 4911<br>Houston, TX 77210-4911 | | | | | | $8,124.72 |
| 20  Global Coat<br>PO Box 132316<br>Spring, TX 77393-2316 | | | | | | $7,538.75 |